# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFFREY H. TUCKER

VERSUS

EXXON MOBIL CORPORATION
D/B/A EXXONMOBILE CHEMICAL
COMPANY

NO.  2021 CW 1499

**MARCH 14, 2022**

---

In Re:   Exxon  Mobil  Corporation  d/b/a  ExxonMobil  Chemical
Company, applying for supervisory writs, 19th Judicial
District  Court,  Parish  of  East  Baton  Rouge,  No.
627676.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT  DENIED.**   The  criteria  set  forth  in  **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY  CLERK  OF  COURT
FOR THE COURT